## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. |

### *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

1. Oasis Focus Fund LP and Quadre Investments L.P. ("**Petitioners**") respectfully request an order in the form attached hereto permitting Petitioners to obtain limited discovery (the "**Requested Discovery**") under 28 U.S.C. § 1782 ("**Section 1782**") in connection with an appraisal proceeding pending before the Grand Court of the Cayman Islands (the "**Appraisal Proceeding**"), to which Petitioners are parties. In support of their application, Petitioners submit a Memorandum of Law and the Declarations of Duane L. Loft (the "**Loft Declaration**"), Rocco Cecere, and Ingrid Mangatal. Petitioners further state as follows: f

2. Petitioners seek the assistance of this Court to obtain the Requested Discovery from Kroll, LLC (f/k/a Duff & Phelps, LLC) ("**Duff & Phelps**") and Kroll Securities, LLC (f/k/a Duff & Phelps Securities, LLC) ("**DPS**," and together with Duff & Phelps, "**Respondents**") for use in the Appraisal Proceeding. Respondents were engaged as independent financial advisors to the special committee of the board of directors of 51job, Inc. (the "**Company**") in connection with its take-private merger.

3. Petitioners' tailored requests are set forth in the subpoenas attached as **Exhibit 1** and **Exhibit 2** to the Loft Declaration (the "**Subpoenas**") and relate to the fair value of the shares of the Company that are the subject of the Appraisal Proceeding, including the process leading to the purchase of the shares of the Company's unaffiliated minority shareholders (including Petitioners). As set forth in the accompanying submissions, the Requested Discovery cannot be compulsorily obtained in the Appraisal Proceeding but the Grand Court of the Cayman Islands will be receptive to the Requested Discovery and assistance from this Court.

4. Section 1782 permits litigants in foreign proceedings to obtain discovery in the United States to assist in the foreign litigation. In particular, Section 1782 states:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made . . . upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

5. The statutory requirements of Section 1782 are satisfied here. As explained in the accompanying submissions: (1) Respondents are "found" in this District because they are incorporated in Delaware; (2) the Requested Discovery will be used in the Appraisal Proceeding; and (3) Petitioners are "interested persons" in the Appraisal Proceeding because they are parties to the Appraisal Proceeding before the Grand Court of the Cayman Islands.

6. This application also meets the discretionary factors of Section 1782. As explained further in the accompanying submissions: (1) Respondents are not parties to the Appraisal Proceeding; (2) the Grand Court of the Cayman Islands will be receptive to judicial assistance from a U.S. court; (3) Petitioners are not attempting to circumvent foreign proof-gathering restrictions; and (4) the Requested Discovery is not intrusive or burdensome. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).

7.     Petitioners therefore respectfully request that this Court expeditiously grants their *ex parte* application for an Order granting Petitioners leave to serve Respondents with the Subpoenas.

WHEREFORE, Petitioners respectfully request that this Court enter an Order:

1.     Granting the application for discovery under 28 U.S.C. § 1782;

2.     Authorizing Petitioners to take discovery from Respondents, by issuing the Subpoenas; and

3.     Directing Respondents to comply with the Subpoenas issued in this case in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

Dated:  December 23, 2022

By:  */s/ Jamie L. Brown*

Jamie L. Brown
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
Telephone: (302) 472-7300
jbrown@hegh.law

Duane L. Loft*
Melissa J. Kelley*
Brianna Hills Simopoulos*
PALLAS PARTNERS (US) LLP
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
duane.loft@pallasllp.com
melissa.kelley@pallasllp.com
brianna.simopoulos@pallasllp.com

*Attorneys for Petitioners*

**Pro hac vice* applications forthcoming*