UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No.: |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

This matter came before the Court upon the *Ex Parte* Application of Oasis Focus Fund LP and Quadre Investments, L.P. ("**Petitioners**"), for an Order Pursuant to 28 U.S.C. § 1782 (the "**Application**").

The Court, having considered the Application and the supporting Memorandum of Law, and Declarations and Exhibits,

HEREBY ORDERS that:

1. The Application is GRANTED;

2. Petitioners are authorized to take discovery from Kroll, LLC (f/k/a Duff & Phelps, LLC) and Kroll Securities, LLC (f/k/a Duff & Phelps Securities, LLC) ("**Respondents**"), entities found in this District, by issuing subpoenas seeking the production of documents and Rule 30(b)(6) depositions in the forms attached to the Declaration of Duane L. Loft as Exhibits 1 and 2 (the "**Subpoenas**"), and to serve the Subpoenas on any additional affiliated individuals or entities with knowledge and information found or residing in this District;

3. Respondents shall produce the requested documents within thirty (30) days of service of the Subpoenas (together with a copy of this Order), or such other dates as agreed between

the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware. The entry of this Order does not foreclose Respondents from seeking relief under Rule 26 and Rule 45, if appropriate. Any Rule 45 objections shall be served on all parties and counsel of record within ten days after service of the Subpoena;

4.     Respondents shall each appear for a Rule 30(b)(6) deposition in compliance with the Subpoenas on a mutually agreeable date within a reasonable time after Respondents confirm the final production of documents in response to the Subpoenas; and

5.     Until further Order by this Court, the Respondents shall preserve all documents, electronic or otherwise, and any evidence in their possession, custody, or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

DATED this ___ day of _____ 2022.

_____
United States District Judge