**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. |

**DECLARATION OF DUANE L. LOFT IN SUPPORT OF THE *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**

I, Duane L. Loft, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York. I am a partner at the law firm of Pallas Partners (US) LLP, which is counsel to Oasis Focus Fund LP and Quadre Investments, L.P. ("**Petitioners**"). I make this declaration in support of Petitioners' *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 (the "**Application**").

2. Petitioners bring this Application under 28 U.S.C. § 1782 to obtain limited discovery from Kroll, LLC (f/k/a Duff & Phelps, LLC) and Kroll Securities, LLC (f/k/a Duff & Phelps Securities, LLC) for use in an appraisal proceeding pending before the Grand Court of the Cayman Islands concerning the take-private merger of 51job, Inc. (the "**Appraisal Proceeding**").

3. Attached hereto as **Exhibit 1** is a true and correct copy of the proposed subpoena that Petitioners seek to serve on Kroll, LLC in connection with the Appraisal Proceeding.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the proposed subpoena that Petitioners seek to serve on Kroll Securities, LLC in connection with the Appraisal Proceeding.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the entry for Kroll, LLC on the State of Delaware, Department of State, Division of Corporation's website, accessible at (https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx).

6. Attached hereto as **Exhibit 4** is a true and correct copy of the entry for Kroll Securities, LLC on the State of Delaware, Department of State, Division of Corporation's website, accessible at (https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx).

7. Attached hereto as **Exhibit 5** is a true and correct copy of an Order Granting Ex Parte Application Pursuant to 28 U.S.C. § 1782 in *In re FourWorld Event Opportunities, LP*, et al., No. 21-mc-00283-RGA, ECF No. 6 (D. Del. July 29, 2021).

8. Attached hereto as **Exhibit 6** is a true and correct copy of an Order Granting Application Under 28 U.S.C. § 1782 in *In re Application of Athos Asia Event Driven Master Fund*, No. 21-MC-00208-GBD, ECF No. 8 (S.D.N.Y. Mar. 3, 2021).

December 23, 2022

____________________________

Duane L. Loft