# EXHIBIT 7



DAILY BRIEFS     EVENT-DRIVEN

# Event-Driven: Cross Harbour Holdings, 51 Job Inc Adr, CaixaBank SA and more

By Smartkarma Daily Briefs     |     September 19, 2020

In today's briefing:

- Cross-Harbour (32 HK): Voluntary Offer. Price Not Final
- You're Hired! DCP's Proposal For 51job.Inc.
- 51job's Privatisation Bid from DCP
- CaixaBank – Bankia: Definitive Agreement and Exchange Ratio

## Cross-Harbour (32 HK): Voluntary Offer. Price Not Final

By David Blennerhassett

After shares were suspended on the 15 September pursuant to the Hong Kong Code on Takeovers and Mergers, Cross Harbour Holdings (32 HK) (CHHL) has now announced a voluntary conditional cash offer from its major shareholder.

Rose Dynamics, a wholly-owned vehicle of Cheung Chung Kiu (Chairman/ED of CHHL), holding 22.69% in CHHL, has made a cash offer of $14/share, a 42.4% premium to last close. The Offer price has not been declared final.

A third quarterly interim dividend may be declared in November which would be added to the Offer price.

The key condition to the Offer is the Offeror holding more than 50% at the close of the Offer. The Offer is not aware of any authorisation or consent required to complete the Offer.

This appears a pretty clean Offer. But it is not a particularly liquid arb situation.

## You're Hired! DCP's Proposal For 51job.Inc.

By David Blennerhassett

HR solutions provider 51 Job Inc Adr (JOBS US) has announced it has received a preliminary non-binding Proposal from DCP Capital Partners to acquire all of its shares for US$79.05/common share.

The Proposal represents a premium of 18.82% to 51job's 30-day VWAP, and a premium of 16.05% to 51job's last close.

DCP Capital? It is an international private equity firm in Asia, where the team previously led KKR and Morgan Stanley's private equity businesses in Asia.

This Offer makes a change from the usual management buyouts in which the Offer consideration often finds minority shareholders left wanting.

However, pricing appears opportunistic after 51job was down 20% YTD, ahead of the Offer. Currently, trading through terms at US$79.42.

There are no super-voting rights in 51job. Directors hold 22.8% of shares including Rick Yau (co-founder, CEO) with 19.2%. The major shareholder is Recruit Holdings (6098 JP) with 35%.

As always, more below the fold.

# 51job's Privatisation Bid from DCP

By Arun George

On 17 September, 51 Job Inc Adr (JOBS US) announced a non-binding privatisation proposal from DCP Capital Partners, a PE firm in Asia. The bid of $79.05 in cash per common share represents a premium of 16.05% to the undisturbed price on 16 September and a premium of 18.82% to the VWAP during the last 30 days.

As 51job is incorporated in the Cayman Islands, for the privatisation to succeed, shareholders representing two-thirds of shares present and voting need to approve the deal. DCP has not disclosed a shareholding. 51job's two largest shareholders are Recruit Holdings (6098 JP) (35.0% stake) and Rick Yan, co-founder and CEO (19.3% stake). The share price closed at $79.42 per ADS, marginally above the privatisation price indicating a chance of a bump to the price. We think that privatisation succeeds as the most likely scenario is that Recruit and Rick Yan participate as rollover shareholders.

# CaixaBank – Bankia: Definitive Agreement and Exchange Ratio

By Jesus Rodriguez Aguilar

The Boards of both Bankia SA (BKIA SM) and CaixaBank SA (CABK SM) have approved the merger (in fact, the takeover of Bankia by CaixaBank) of both entities to create the biggest domestic bank in Spain.

- target synergies of EUR 770 mn per year, and EUR 290 mn in extra turnover over the next five years (above my conservative scenario), target RoTE of 8% and efficiency ratio of 47.9%.

The **exchange ratio** has been bang-on the one mentioned in previous insights:

- Actual 0.6845 shares of Caixabank per Bankia share (vs. the 0.68 mentioned using the implied exchange rates by 9) September).
- No rights issue.

**Recommendation**: this merger will close and I recommend **setting up the spread long 1 share of Bankia / shorting 0.6845 shares of CaixaBank** (the gross spread is 1.6% as I write).

Considering the likely synergies could mean up to nearly 20% in the case of CaixaBank and c. 15% in the case of Bankia. On these grounds, both could be "long only" investment recommendations.

**Read across**: this merger will put **pressure in smaller Spanish lenders**, such as Liberbank SA (LBK SM) , Unicaja Banco SA (UNI SM) , both currently solidly capitalised but barely profitable, and Banco De Sabadell Sa (SAB SM) with its coveted position in Spanish SMEs. All three are the main candidates in any forthcoming corporate activity, with Liberbank as the main takeover target.



Before it's here, it's on Smartkarma

LEARN MORE

f Share     🐦 Tweet     in Share

Careers

FAQs

Press Kit

RSS Feeds

Syndicate your Publications

LEGAL

Compliance

Terms of Use

Privacy Policy

CONTACT

Request a Free Trial

Avail a Transition Account

Guest Posts on Smartkarma

SOLUTIONS
Other Enquiries

Professional Investors
DOWNLOAD

Private Investors

Corporate IR

Research Providers

Partners

Pricing
Copyright © 2022 Smartkarma Innovations Pte Ltd. All Rights Reserved.

ABOUT

Who We Are

Careers

FAQs

Press Kit

RSS Feeds

Syndicate your Publications

**LEGAL**

Compliance

Terms of Use

Privacy Policy

**CONTACT**

Request a Free Trial

Avail a Transition Account

Guest Posts on Smartkarma

Other Enquiries

**DOWNLOAD**

Copyright © 2022 Smartkarma Innovations Pte Ltd. All Rights Reserved.

