# EXHIBIT 10



**Our ref:** CJM/LRS/LBS/303788-000012/71338069
**Direct tel:** +1 345 814 5245 / +1 345 814 5108 / +1 345 814 5300
**Email:** Caroline.Moran@maples.com / Luke.Stockdale@maples.com / Lukas.Schroeter@maples.com

**By Email**

The Full Dissenter Group
c/o Campbells / Carey Olsen / Collas Crill / Walkers / Anthony Steinmetz / Verition Multi-Strategy Master Fund Ltd

12 August 2022

Dear Colleagues, All

**51job, Inc. (the "Company")**

1    Please be advised that the Company will produce as part of its disclosure all (non-privileged) documents in Kroll's/Duff & Phelps' possession, custody or control in relation to Kroll's work for the Special Committee (i.e. including both Kroll's 'client' and 'internal' matter files).

2    The Company also intends to put forward affidavit evidence from a Kroll witness.

3    In these circumstances, any application by the Dissenters against Kroll under s.1782 of Title 28 of the United States Code will be duplicative and the Company reserves all rights in this regard.

Yours faithfully

*Maples and Calder (Cayman) LLP*

Maples and Calder (Cayman) LLP

**Maples and Calder (Cayman) LLP**

PO Box 309  Ugland House  Grand Cayman KY1-1104  Cayman Islands
Tel +1 345 949 8066  Fax +1 345 949 8080  maples.com

Maples and Calder (Cayman) LLP has been registered, and operating, as a Cayman Islands limited liability partnership since 1 March 2021 following the conversion of the Cayman Islands firm of Maples and Calder to a limited liability partnership on that date.