IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST PURSUANT TO F.R.C.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Oasis Focus Fund LP hereby discloses that (i) it is privately owned and is not a corporation, (ii) it does not have a parent corporation, and (iii) no publicly held corporation owns ten percent or more of its stock.

Dated: December 23, 2022

| | |
|---|---|
| OF COUNSEL:<br><br>Duane L. Loft*<br>Melissa J. Kelley*<br>Brianna Hills Simopoulous*<br>PALLAS PARTNERS (US) LLP<br>75 Rockefeller Plaza New York, NY 10019<br>Telephone: (212) 970-2300<br>duane.loft@pallasllp.com<br>melissa.kelley@pallasllp.com<br>brianna.simopoulos@pallasllp.com<br><br>*Attorneys for Petitioner*<br><br>**Pro hac vice* applications forthcoming | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Jamie L. Brown*<br>Jamie L. Brown (# 5551)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>Telephone: (302) 472-7300<br>jbrown@hegh.law |