IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST PURSUANT TO F.R.C.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Quadre Investments, L.P. certifies that there is no parent corporation or any publicly held corporation owning 10% or more of Quadre Investment, L.P.'s stock. Quadre Investment, L.P. reserves the right to supplement this disclosure statement if needed.

Dated: December 23, 2022

| | |
|---|---|
| OF COUNSEL:<br><br>Duane L. Loft*<br>Melissa J. Kelley*<br>Brianna Hills Simopoulous*<br>PALLAS PARTNERS (US) LLP<br>75 Rockefeller Plaza New<br>York, NY 10019<br>Telephone: (212) 970-2300<br>duane.loft@pallasllp.com<br>melissa.kelley@pallasllp.com<br>brianna.simopoulos@pallasllp.com<br><br>*Attorneys for Petitioner*<br><br>**Pro hac vice* applications forthcoming | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Jamie L. Brown*<br>Jamie L. Brown (# 5551)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>jbrown@hegh.law |