# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 1:22-mc-00605 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## DUANE L. LOFT, MELISSA J. KELLEY AND BRIANNA HILLS SIMOPOULOS

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *Pro Hac Vice* of Duane L. Loft, Melissa J. Kelley and Brianna Hills Simopoulos of Pallas Partners (US) LLP, 75 Rockefeller Plaza, New York, New York 10019 to represent Petitioners Oasis Focus Fund LP and Quadre Investments, L.P. in this matter.

Date: January 5, 2023

OF COUNSEL:

PALLAS PARTNERS (US) LLP
Duane L. Loft
Melissa J. Kelley
Brianna Hills Simopoulos
75 Rockefeller Plaza
New York, NY 10019
(212) 970-2300
Duane.loft@pallasllp.com
Melissa.kelley@pallasllp.com
Brianna.simopoulos@pallasllp.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Jamie L. Brown*
Jamie L. Brown (# 5551)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
Email: jbrown@hegh.law
*Attorneys for Petitioner*