# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 1:22-mc-00605 |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Duane L. Loft, Melissa J. Kelley and Brianna Hills Simopoulos is granted.

Date: _____    _____
United States District Judge