IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: REQUEST FROM OSIS FOCUS FUND LP AND QUADRE INVESTMENTS, L.P.   C.A. NO.: 22-MC-605-MN-JLH

# AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **01/11/2023** at **3:00 PM** at **1012 College Rd., Ste 201, Dover, DE 19904**

deponent served **Ex Parte Application for an Order Pursuant To 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding, Petitioners' Memorandum of Law in Support of Its Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782, Declaration of Duane L. Loft in Support of the Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782, Declaration of Ingrid Mangatal in Support of the Ex Parte Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782, Declaration of Rocco Cecere in Support of the Ex Parte Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782, Oasis Focus Fund LP Disclosure of Corporate Affiliations and Financial Interest Pursuant to F.R.C.P. 7.1, Quadre Investments, L.P. Disclosure Of Corporate Affiliations and Financial Interest Pursuant to F.R.C.P. 7.1, Order**

on **Kroll, LLC**, a domestic limited liability company, c/o CCS Global Solutions, Inc., Registered Agent,

by delivering thereat a true copy of each to **Tamy Dinardo (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin : White
Hair : Red
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : 131-160 Lbs.
Other :

Sworn to before me this
12 . day of January, 2023

NOTARY PUBLIC

Granville Morris

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160