IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: REQUEST FROM OSIS FOCUS FUND LP AND QUADRE INVESTMENTS,     C.A. NO.: 22-MC-605-MN-JLH
L.P.

# AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **01/11/2023** at **11:26 AM** at **3411 Silverside Rd., #104, Wilmington, DE 19810**

deponent served **Ex Parte Application for an Order Pursuant To 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding, Petitioners' Memorandum of Law in Support of Its Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782, Declaration of Duane L. Loft in Support of the Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782, Declaration of Ingrid Mangatal in Support of the Ex Parte Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782, Declaration of Rocco Cecere in Support of the Ex Parte Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782, Oasis Focus Fund LP Disclosure of Corporate Affiliations and Financial Interest Pursuant to F.R.C.P. 7.1, Quadre Investments, L.P. Disclosure Of Corporate Affiliations and Financial Interest Pursuant to F.R.C.P. 7.1, Order**

on **Kroll Securities, LLC**, a domestic limited liability company, c/o Corporate Creations Network, Inc., Registered Agent,

by delivering thereat a true copy of each to **Curt Sweltz (authorized to accept service)** personally.

Description of Person Served:
Gender : Male
Skin : White
Hair : Gray
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this
1λ day of January, 2023

_____
NOTARY PUBLIC

_____
Denorris Britt

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160